**Simon Peter SMITH, Plaintiff–Appellant,**

**v.**

**COUNTY OF SANTA CLARA, Defendant–Appellee.**

**No. 06–15027.**

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 20, 2007.*

Filed March 1, 2007.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

702

Simon Peter Smith, Milpitas, CA, pro se.

Before: BEEZER, FERNANDEZ, and McKEOWN, Circuit Judges.

## MEMORANDUM **

Simon Peter Smith, a detainee in the Santa Clara County jail, appeals from the district court's order dismissing his 42 U.S.C. § 1983 action alleging that he was denied access to the courts because the law library available to him is inadequate. We have jurisdiction under 28 U.S.C. § 1291. We review de novo dismissals under 28 U.S.C. § 1915A for failure to state a claim, *Resnick v. Hayes*, 213 F.3d 443, 447 (9th Cir.2000), and we affirm.

■ The district court properly dismissed this action because Smith has access to court-appointed counsel. *See United States v. Wilson*, 690 F.2d 1267, 1272 (9th Cir.1982) (the offer of court-appointed counsel satisfies the Fifth Amendment obligation to provide meaningful access to the courts, even where detainee is denied pretrial access to a law library); *Lewis v. Casey*, 518 U.S. 343, 350–51, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (prisoners have no per se right to a law library).

■ To the extent Smith contends that his court-appointed counsel is inadequate, he must raise this issue in his ongoing criminal proceedings, not in a civil rights complaint in federal court. *See Younger v. Harris*, 401 U.S. 37, 44–46, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

■ Contrary to Smith's contention, the district court did not abuse its discretion by dismissing his complaint without leave to amend because further amendment would have been futile. *See Lopez v. Smith*, 203 F.3d 1122, 1127 (9th Cir.2000) (en banc).

**AFFIRMED.**